### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| BIGHORN DEVELOPMENT, INC., et al., ) | 3:05-CV-161-ECR (RAM) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | May 9, 2006 |
| ) | |
| MICHAEL TRUMPOWER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>GINA MUGNAINI</u>       REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs have filed an Emergency Motion to Compel Discovery (Doc. #37). From a reading of the Motion it is apparent that Plaintiffs have not complied with the Local Rules concerning discovery motions.

Plaintiffs' Motion contains a certification of counsel that attempts to comply with LR 26-7. However, it is apparent from the Motion that the communication referred to in counsel's certification is merely a letter which is attached to the Motion as Exhibit "C". A letter to opposing counsel does not comply with the provisions of LR 26-7(b) which provides that "Discovery motions will not be considered unless a statement of moving counsel is attached thereto certifying that, after personal consultation and sincere effort to do so, counsel have been unable to resolve the matter without court action." Counsel's letter is not a "personal consultation and sincere effort" to resolve this dispute.

/ / /

MINUTES OF THE COURT
3:05-CV-161-ECR (RAM)
May 9, 2006
Page Two
_____


      Plaintiffs' Emergency Motion to Compel Discovery (Doc. #37) is **DENIED** without prejudice. Plaintiffs shall not refile the Motion until they have complied with the provisions of LR 26-7(b).

    **IT IS SO ORDERED.**

                                          LANCE S. WILSON, CLERK

                                          By: _____/s/_____
                                                  Deputy Clerk