# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BIGHORN DEVELOPMENT, INC., et al., ) | 3:05-CV-161-ECR (RAM) |
| ) | |
| Plaintiffs, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | May 10, 2006 |
| ) | |
| MICHAEL TRUMPOWER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PRESENT:**   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   GINA MUGNAINI         **REPORTER:**  NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):**  NONE APPEARING

**COUNSEL FOR DEFENDANT(S):**  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiffs have refiled their Emergency Motion to Compel Discovery (Doc. #40) in violation of the court's prior Order (Doc. #39).  It shall be **STRICKEN** and **RETURNED** to counsel for Plaintiffs.  The only change is that counsel for Plaintiffs, Dora V. Lane, changed the wording in her certification to say that there has been a personal consultation and a sincere effort to resolve the discovery dispute.  There has been no personal consultation other than her April 19, 2006, letter which the court deemed inadequate.  Personal consultation means personally speaking with opposing counsel and attempting to work out the discovery dispute.

Should Plaintiffs refile this Motion without complying with the Rule the court will set a hearing to show cause why counsel for Plaintiffs should not be held in contempt and sanctioned.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
          Deputy Clerk