THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BIGHORN DEVELOPMENT, INC., a Nevada Corporation, RIDGEWOOD ASSOCIATES, INC., a Nevada corporation; RICHARD ANDREW MALOTT, an individual; HERB HINDIN, an individual; and THE ESTATE OF PETE ROSS, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL TRUMPOWER, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS, 1 through 10, inclusive, <br><br> Defendants. | CASE NO: 3:05-cv-0161-ECR-RAM |

**DEFAULT JUDGMENT**

Good cause appearing therefor, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Judgment is hereby entered in favor of Plaintiffs and against defendant, Michael A. Trumpower, in the total amount of $11,000,000.00, allocated as follows: $50,000.00 to Richard Andrew Malott; $50,000.00 to Herb Hindin; $50,000.00 to the Estate of Pete Ross; and the remainder, $10,850,000.00, jointly and severally to Bighorn Development, Inc. and Ridgewood Associates, Inc.

2. Interest shall accrue on the above-referenced $11,000,000.00 judgment at the legal rate pursuant NRS 99.040 from March 21, 2005, until paid in full.

3. Plaintiffs shall be entitled to an award of costs pursuant to LR 54-13.

1     4.    Plaintiffs shall be entitled to an award of reasonable attorney's fees pursuant to
LR 54-16.

DATED this __25__ day of __November__, 2009.

*Edward C. Reed*
DISTRICT JUDGE